UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGINAL L. HOLSTON,
 Plaintiff,

                                    CASE NO.: 8:14-CV-704-T-35555

v.

BRIAN LAFLAM, JOSEPH
HELSLEY, AND JASON KING,
 Defendants.

REGINAL L. HOLSTON,
 Plaintiff,

v.

UNITED STATES ATTORNEY GENERAL, AND
FEDERAL BUREAU OF INVESTIGATION,
 Respondents.

PLAINTIFF'S EMERGENCY PETITION FOR ALL WRITS RELIEF:
MANDAMUS TO COMPEL PLACEMENT OF PLAINTIFF INTO OUT OF STATE FEDERAL
PROTECTIVE CUSTODY; TO COMPEL FEDERAL CRIMINAL
INVESTIGATION; TO COMPEL EMERGENCY SURGERY; AND FOR
WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE MR.
HOLSTON FOR HEARING*

   COMES NOW Reginal Holston, pro se, and moves this Court
for equitable and mandamus relief; and as grounds therefor, Mr.
Holston avers as follows:

                    I. JURISDICTION

1. This Court has jurisdiction under 28 U.S.C. 1651(a) to issue all
writs necessary to protect its order of dismissal (Doc. 156). See, e.g.,
In re "Agent Orange" Product Liability Litig., 996 F.2d 1425 (2nd Cir. 1998);
United States v. New York, 434 U.S. 159 (1977); 28 U.S.C. 1331; 28 U.S.C.
1343(a)(3); 18 U.S.C. 2; 18 U.S.C. 241; 18 U.S.C. 242; 18 U.S.C. 1519; 18
U.S.C. 1512(b); 18 U.S.C. 1512(b)(1); 42 U.S.C. 1983; Fed. R. Civ. P. 65
M.D. Local Rule 4.05 - 4.06; U.S.v. McQueen, 727 F.3d 144 (11th Cir.
2013).

                    II. EXHAUSTION

   2. All conditions precedent have been satisfied (Ex. G, J, P).
Because Defendants - state officials - have intentionally failed to log Mr.

* Mr. Holston requests an emergency hearing to preserve his sworn testimony.
One hour is requested. If a telephonic hearing is necessary, that would be fine. Mr. Holston
believes he is going to die. He wishes to give a dying declaration

Holston's grievances and process them (Ex. K, L, Q), they are estopped to assert lack of exhaustion. Ziemba v. Wezner, 366 F.3d 161 (2nd Cir. 2004)

## III. VENUE

3. The acts herein complained of occurred in- and Mr. Holston's present confinement is in- Bowling Green, Florida within Hardee county, which is in this Courts territorial jurisdiction.[1]

## IV. INCORPORATION BY REFERENCE

4. Exhibit A and its exhibits are incorporated by reference.

## V. FACTS

5. Mr. Holston appeared for ICT at Charlotte C.I. in mid April 2022 and was recommended to remain on CM 3 by Mr. Dawson, Brock, and Frizziola- the major Mr. Frizziola come to my Holston's cell and severely informed him that Mr. Dawson and Brock went behind their recommendation and requested that Mr. Holston be released and sent to De Soto Annex.

6. On the morning of Mr. Holston's transfer, May 10, 2022, Mr. Brock was mysteriously present and conferring with the transport officer. Mr. Holston was mysteriously transferred with inmates Isaac Day and Eric Taylor: both of whom were sent to Martin C.I.

7. Upon arrival at De Soto, Mr. Holston was met by property sergeant musselwhite. The transporting officer began to inform her as to what Mr. Brock had relayed to him. That Mr. Holston was a problem inmate and other negative things that Mr. Holston could not hear. Everyone looked at Mr. Holston so very evil and

---

[1] In 2013, Mr. Holston was originally transferred to Hardee C.I. from South Bay. Mr. Holston was transferred from Hardee C.I. in 2014. It was during that time that the initial action was commenced (Doc. 1). Mr. Holston was mysteriously and conspiratorially transferred back to Hardee C.I. on July 28, 2022.

red faced.

8. Sgt musselwhite then orchestrated Mr Holston's assignment to a cell with a "bloods" gang member. Mr. Holston promptly requested his classification officer Mr. Jones to move him to another cell, because he had been stabbed by gang members twice, in particular "bloods", and that Mr. Holston was suing some "bloods" in Liberty County. See, e.g. (Ex. B). This went ignored.

9. When Mr. Holston spoke with Mr. Jones, Mr. Jones advised Mr. Holston that Colonel Merle Harriss had been fired.

10. On or about, June 8, 2022, Mr. Holston and his cellmate got into a physical altercation, since his cellmate attacked him for seeking a room change because he was a gang member.

10. Mr. Holston then "checked in" and complained of being attacked whereby Mr. Holston sought protection. (Ex. I)

11. Mr. Holston sought medical attention for his arthritic hands and headaches, he was denied medical care and his sick calls were forged and he was denied access to the provider for his developing nerve condition. (Ex. N, R)

12. Mr. Holston was mysteriously approved for a negative transfer Mr. Jones and Mr. Lawrence conspired to request a negative transfer to Hardee C.I. Mr. Holston was supposed to receive a resolve protection transfer ("RPT") (Ex. I).[2] They reviewed the discovery in Mr. Holston's classification file and noticed Jaren King and Joseph Helrley's discovery responses. The negative transfer was retaliatory[3]

13. Mr. Holston arrived at Hardee C.I. on or about July 28, 2022, and was met by, among others, Captain Thompson. Mr. Holston's classification file was unlike anything he had ever before seen. There were colorful sticky notes all over the files. Some were turned upside down, everybody present were reading sticky notes looking at Mr. Holston with mean mugs. The transport officer was whispering things and casting furtive glances at Mr. Holston.[4]

3

14. Mr. Holston was assigned to E dorm. Mr. Holston noticed that none of the officers would look him in the eyes. Moreover, Mr. Holston recognized four officers who were here when he was here in 2014: Mr. Reardon, Captain Lightsey, Sgt. Williams, and officer Helsley.

15. On about the third day, Mr. Holston was walking toward his dorm and he noticed an officer who appeared hesitant to enter the dorm. As he passed by the officer, he read the officer's name tag, and it was Helsley. He was afraid to enter the dorm. Mr. Holston said nothing and kept walking in the dorm. Mr. Holston would later find out why he was hesitant.[5]

16. Mr. Holston was scheduled to appear at ICT, which is defined by Fla. Admin. Code R. 33-602.222(1)(f), on or about August 3, 2022. And when he appeared, only Mr. Davenport - the head of education, Ms. Hines, and Mr. Price both are classification officers.[6] Mr. Holston was then ushered into the captains office where captains Botta and Thompson were waiting. Captain Botta advised Mr. Holston that he had "issues with a lot of people so we're placing you on special review." They then ordered me confined. (Ex. D)

17. It is mysterious that Mr. Holston was never told who his classification officer was. By this time, Mr. Holston knew that something was amiss but could not not put his finger on it.[7]

18. Mr. Holston repeatedly filed grievances challenging the basis of his placement in confinement for special review because of the litigation that was settled in this case with Helsley and King (Ex. C, K, Q). The grievance coordinator repeatedly refused to log and file them and returned them because her name was mentioned in the grievances.[8] She finally came to Mr. Holston's cell and, after a few minutes of back and forth, stated "You're smart" and then she dropped the bombshell on Mr. Holston "I just don't want my name mentioned in any grievances that you write" "in case you get murdered or something."[9] BINGO! I said to myself. That's it. That's    4

why no one would look Mr. Holsten in his eyes. Mr. Holsten is a "walking Dead" or a "dead man walking." Mr. Holsten believes that he was supposed to walk through this institution and be transferred and be killed. But the transfer was checkmated by state classification. What is clear is that Mr. Holsten was confined to be transferred because of this litigation: i.e., Heltley and King. This was retaliation in violation of 18 U.S.C. 1512. Institutional records will confirm that Mr. Holsten sat in confinement under retaliatory special review because of litigation with Helsky and King-known conspirators (Ex. D) for 59 days.[10]

19. About 3 weeks before his release from confinement, Mr. Holsten appeared to sick call to see nurse treadway about his nerves and severely arthritic hands from the tight handcuffs (Ex. A at #2, #11-#12). She denied Mr. Holsten medical care and falsified a sick call refusal (Ex. M)(Ex. R)

20. Then, after multiple grievances about Mr. Holsten's delayed chronic illness clinic and his vision exam, he appeared to see Advanced Registered Nurse Practitioner Leonarda haige. Upon entering the exam room, she stated "finally, I get to meet you", which appeared to be dissembled and affected. She had not ordered the required labs, she had no file, she had obviously not reviewed Mr. Holsten's medical file. She pretended to be checking Mr. Holsten heart and lungs but failed to tell Mr. Holsten breath in and out. At that point, Mr. Holsten knew that she was either an imposter and or was doing something illegal. She increased Mr. Holsten's water pill to 25 mg and his losartan to 100 mg, all without lab work. She told Mr. Holsten to only take the water pill and losartan and to not take anything else. Mr. Holsten then really thought she was a real fool, if she thought he was going to take what she was prescribing.[12] When the pills arrived, one of the packs appeared to have been tampered with, since air was capable of seeping in or appeared to be seeping in it. Mr. Holsten knew they

5

were toxic.

20. Mr. Holston was released from confinement on October 3, 2022 and placed in cell B1205U with known latin king Felix. Mr. Holston forgot his last name.

27. The next day, he began telling Mr. Holston that Mr. Holston was placed in his cell for a reason. As Mr. Holston proceeded to conten, inmates were saying that Jason king was on the compound. Mr. Holston would later realize, that king, who is a major, was there to see the murder go down. King doesn't even work at Hardee.

23. When Mr. Holston got back to the cell, Felix said the gang sergeant placed Mr. Holston in the cell for a reason, so Mr. Holston started listening closely to what he said.

24. By the time chow time arrived, Mr. Holston was going to chow and noticed gang members were casting furtive glances at him and that inmates were staring at him. After he ate chow, Mr. Holston proceeded to medical, just to see if he was hallucinating or scared. What transpired in medical can only be described as unbelievable.[13]

25. Upon entering medical, Mr. Holston was met by nurse Mitchell who took Mr. Holston's blood pressure which read 230/130. They were instructed to call EMT. Nurse Mitchell then began conferring with captain Batts. While she was doing that, Nurse Suhr was secretly alerting me to the fact that I should not take any medications beyond those she was showing me. She said "pay attention". "These are your meds." Then she pulled up an inmate's profile with a picture who appeared to be hispanic. Then she pulled up another black male profile and said "See, watch out for those two, watch your back." Then she abruptly said, "You heard that?" She was referring to nurse Mitchell's telling captain Batts that Mr. Holston had to be rushed to the hospital. Nurse Mitchell was telling captain Batts, excitedly "He's gonna die!" "We're going to give him some insulin through the IV.[14]

6

26. When the EMT arrived, it was clearly someone they knew. [15] Mr. Holston refused and nurse Marit — Mr. Holston spelled her name Meritt in his grievances (Ex. E) — then ordered Lt. Nelson to beat and pepper spray Mr. Holston who refused; she threatened to lock Mr. Holston up in confinement if he refused medical. Lt. Nelson called colonel Johnson who confirmed that Mr. Holston could refuse medical. When [16] nurse Suhr appeared distressed and told Mr. Holston to "just go", Mr. [17] Holston went. They obviously didn't want to see the stabbing. As Mr. Holston was being wheeled out, nurse Mitchell yelled don't forget the insulin and ran and gave the insulin to EMT Wayne.

27. Officer Clark rode in the ambulance with Mr. Holston to Wauchula hospital. Mr. Holston was hooked up to a heart monitor. Meanwhile, officer Clark and EMT Wayne were trying to run the IV so they could give him insulin through the IV.

28. When Mr. Holston continued to refuse, officer Clark then grabbed his hand to prick his finger to obtain blood for the accucheck device to prove he needed insulin. Mr. Holston has never been insulin dependent or a diabetic, albeit it runs in his family.

29. When they arrived at Wauchula hospital, the hospital refused them entry and then the door opened with a lot of hospital personnel and one of them said "he's alive". "I thought some said he was dead." It was at that time that Mr. Holston believed that they conspired with the hospital officials to kill him. Mr. Holston's impression was that the [18] hospital officials were expecting to see a dead inmate.

30. Mr. Holston was then admitted to the emergency room. Mr. Holston refused all services. When the Dr. come, he never asked Mr. Holston anything about his condition. He was speaking in spanish and english. He directed his gaze to officer Clark and asked her all the questions. She was literally fabricating lies. For example, she stated "he eats a lot of junk food." I had never met this officer before. I sat and stared at them in consternation. All Mr. Holston could see is death. Mr. Holston merely pretended to be dumb.

30. At one point, the Dr. started flailing his arms stating you're refusing

treatment and then he finally stated, "when he's ready to go back, you all can take him back". What was clear to Mr. Holston is that this was their opportunity to kill an inmate and it was not going to be mr. Holston. Mr. Holston was not given any discharge paper work, which means there is no record of Mr. Holston's ever having been at the hospital. This supports his contention that they conspired to kill him. Mr. Holston got the impression that they wanted the Dr. to do something he really didn't want to do, since he seemed to be engaging in a form of affectation. He did more to scare Mr. Holston than to comfort Mr. Holston and Mr. Holston observes this in that the Dr. was littrally speaking to mr Holston while standing in the aisle so everybody could hear him. He seemed to be putting on a show not befitting of a Dr.

31. Mr. Holston was discharged and sent back to the prison. Once in the medical department, the on duty nurse required Mr. Holston to sign a health services refusal. Mr. Holston declined, since he wanted to remain in medical overnight. He was ultimately escorted to his dorm.

32. After entering his cell, his cellmate Felix stated "I thought you got killed?" Then he said I'm so glad. While laying down, he appeared to be snoring or sleep. He abruptly stopped snoring and said "Reggie, my brothers are going to kill you." Mr. Holston did nothing and did not close his eyes. The next morning he divulsed that the gang sergeants were ordered by captains Both, Thompson and Botts to kill mr. Holston on Botts' shift, which was at 4 pm.

33. After lunch, Mr. Holston proceeded to medical. He was met by ARNP Leonarda Raige who took his blood pressure which read $230/120$. She then stated, "you are going to have a stroke, so you need to take your meds". So, Mr. Holston inquired, "why do you say that?" She rejoined "Did you take all the Losartan I prescribed you?" Mr. Holston said "yes". With a deep spanish accent, she said "Well, your heart is enlarged because you took the Losartan I prescribed you". Mr. Holston said to himself "praise God, I knew it all along, that's why I never took them, I've got to get her to prescribe me some more as evidence". It then occurred to her to verify whether Mr. Holston's heart was enlarged. With the stethoscope, she

8

placed it in four spots on Mr. Holston's back and told him to breathe in and out. With a look of pure defeat, she stated, "tell me the truth, you didn't take the pills did you?" "Well... some of them because I was always told that if I worked out my blood pressure would be controlled." [19] She said "you have to take your meds." I said "oh, well prescribe me some more," she wanted to know the exact amount of pills Mr. Holston took. She then agreed to order more.

34. Mr. Holston was instructed to wait in the lobby until Count cleared to go back to his dorm, which he did.

35. When Mr. Holston saw captain Thompson, Mr. Holston notified him that he wanted to check in based on what his cellmate told him and an officer. Mr. Holston never revealed that it was nurse Suhr and the grievance coordinator- Ms. Anderson.[20] He instructed Mr. Holston to see captain Batts.

36. What happened next is unbelievable. All of the nurses began filing out because the murder was to go down on captain Batts' shift, and it was shift change time. All the nurses were instructing Mr. Holston to go to the dorm while they all waited outside to watch the stabbing as a form of Roman gladiator type affair. There are no cameras in medical. The security officer in medical would not look Mr. Holston in the eyes.

37. At one point, some officers were leaving; it appeared because they did not want to be a part of it.

38. The security officer Houston then popped all the doors and left, mysteriously. Mr. Houston believed his attackers were going to run in and stab him up. And everyone was going to watch and let Mr. Holston bleed out and put his corpse on display.

39. Mr. Holston then jumped up and began locking the doors frantically. Mr. Holston was in the lobby by himself. It was truly terrifying. Mr. Holston could see and smell blood and death.

40. When Mr. Holston went in to see captain Batts, he told Mr. Holston that he thought Mr. Holston was supposed to have been transferred. Mr. Holston then said that "the Attorney General check-mated the transfer because they knew this would happen." Then, he said "I was wondering why you weren't    9

transferred." It was this concession that enlightened Mr. Holston that he was a co-conspirator. He suddenly became so irate. I thought he was going to attack me, though he never said anything negative to me. He instructed Mr. Holston to sit in the lobby and he went and began conferring with the nurses and informed them that Mr. Holston was checking in, i.e., seeking protective management under Fla. Admin. Code R. 33-602.220(3)(c).[21]

40. Mr. Holston was then taken to confinement. A couple of days later, Major Jason King, who does not work at Hardee C.I. anymore and Captain Lightsey, both were at Hardee with Mr. Holston in 2014, mysteriously walked through the quad and when they got to Mr. Holston's cell door turned their backs to him, so he could not see their faces and then mysteriously walked straight out the door.

41. Mr. Holston then appeared to see Sergeant Razzo about his request for protective management. She was one of the ones who put the hit out on Mr. Holston. She wanted to know who the officers were. Mr. Holston gave her all of his cellmates' information, since he and his brothers were ordered to kill Mr. Holston.[22]

42. A few days later as officer Hernandez and Ms. Mosley walked through, Mr. Holston was waiting to asked about his PM request and Hernandez ordered Mr. Holston to get off the door. He subsequently wrote Mr. Holston a false DR for masturbating in which he alleged that Mr. Holston was "attempting"[23] to masturbate because he had a rag in his hand under Fla. Admin. Code R. 33-601.314(1-6) compare with id at R.33-601.314(9-1). When Mr. Holston asked him on the way to a legal phone call why he wrote it, he said because Ms. Mosley told him to. Then he said "if you noticed, I said you "attempted" to masturbate, you can't be found guilty of it unless you were actually masturbating, their gonna throw it out, I helped you out, I never said you were masturbating." When Mr. Holston called the camera, investigator Queen lied and said the camera saw Mr. Holston masturbating (Ex. H). Mr. Holston is challenging the video in Leon    10

county.

44. Mr. Holston appeared for ICT. Ms. England, Major Milbretta, and Asst. Warden Finch were present. Mr. Holston relayed all that was told to him by his cellmate Felix. Ms. England said that Felix denied the allegations and they believed him— a known gang member. They wanted to know the name of the officer. Mr. Holston told them he provided the name to Chief Asst. Attorney David Asti and gave them his phone number. They said they didn't have enough information. Mr. Holston said he pointed out his would be attacker. They mysteriously believed the gang member and ignored Fla. Admin Code R. 33-602.220 (3)(c).[24]

45. Mr. Holston's PM Status was denied on October 19, 2022 but he was mysteriously advised over a month and a half later on December 8, 2022 (Ex.P)(Ex.G)(Ex.J).[25]

46. Mr. Holston was released from confinement on or about December 10, 2022. Mr. Holston refused to be released from confinement. Mysteriously, on December 31, 2022, Mr. Holston was taken to see the captain for a disobeying a verbal order to leave confinement. Mr. Holston awaits the writing of the DR. Mr. Holston would point out that he has been stabbed twice by gang members (Ex.B). No criminal prosecutions were commenced for these attempted murders nor were they prosecuted in Mr. Holston's cases despite his requests.[26] Mr. Holston's oldest brother was found dead in his cell even though he was a pivotal witness in Mr. Holston's torture case (Ex.V). It's been in newspapers how inmates are mysteriously found dead in prisons (Ex.5).[27]

47. Dade C.I. - Mr. Holston was injected by Dr. Eugenio Mora with a second mysterious injection of what Mr. Holston believes was a nerve agent (Ex. A at #48). Mr. Holston has begun suffering swelling in his abdomen, numbness in his abdomen area, fingers, chest, poor circulation in his lower limbs and all over. He falsified Mr. Holston dental records to reflect he injected Mr. Holston with an anesthetic. He violated: 18 U.S.C. 1519, 18 U.S.C. 241, 18 U.S.C. 242 since he used retaliation and excessive force.    11

48. Larkin Hospital: Dr. Elfarrah Amed Micah- She performed an illegal surgery in violation of Mr. Holston's refusal to consent. She connected a vein, artery, or vessel to Mr. Holston's heart such that Mr. Holston has pulsations in his face, lips, legs, thighs, chest, legs, hands, stomach, back, and feets, and did remove his visceral fat such that his viscera moves. This violates 18 v.s.c. 1519, 18 v.s.c. 241, 18 u.s.c. 242 to the extent she falsified his medical record through omission. Mr. Holston has an object protruding through his rib cage which is not reflected in his medical records (EX. T) [28]

49. Okeechobee: Dr. Bhadja, Severson, Harriss and others used excessive force, burned him, sodomized him, falsified medical records, beat him whereby he suffers swollen hands, severe arthritis, memory loss, headinjury, and they denied him medical care (EX.A) as retaliation in violation of 18 v.s.c 1519, 18 v.s.c. 241, 18 v.s.c. 242, and 18 v.s.c. 1512.

50. Charlotte: Severson, Dawson, Scarpok, and Brock aided and abetted the falsification of case management documents in retaliation and to continue Mr. Holston on on in violation of 18 u.s.c. 1519, 18 u.s.c. 241, 18 u.s.c. 242, 18 u.s.c. 1512, 18 v.s.c. 2. (EX. 5 - #9, #15 - #24) (Ex. #27 - #29) [29]

51. Hardee: Razza, Roysdale, Botts, Botta, Thompson, Mant, Mitchell, and Gaige conspired to sic gang member on Mr. Holston, retaliate by transfer, denied medical care, conspired with England and Finch to deny protective management and denial of access to medical records in violation of 18 v.s.c. 241, 18 v.s.c. 242, 18 u.s.c. 1512. Conspired to falsify medical records to deny medical care in violation of 18 v.s.c. 2, 18 v. s.c. 1519.

52. Mr. Holston has a clear legal right to medical care, protection from violence, and a safe living environment from retaliation Brooks v. Warden, 800 F. 3d 1295 (11ᵗʰ Cir. 2015); Caldwell v. Warden, FCI Talladega, 748 F. 3d 1090 (11ᵗʰ Cir. 2014); Carter v. Galloway, 352 F. 3d 1346 (11ᵗʰ Cir. 2003); Brown v. Hughes, 894 F. 2d 1533 (11ᵗʰ Cir. 1990); Andrade v. Hauck, 452 F. 2d 1071 (5ᵗʰ Cir. 1971). Mr. Holston was taken into surgery without his consent. Winston v. Lee, 470 u.s. 753 (1985).

53. Mr. Holston was burned with extremely tight handcuffs    12

while on a hitch wire or "restraint tether". *Hope v. Pelzer*, 536 U.S. 730 (2002) (outlawing hitching posts) and was beat and sodomized multiple times. *Scaiers v. Lockhart*, 746 F. 3d 1256 (11th Cir. 2020); *Hudson v. McMillan*, 503 U.S. 1 (1995). Mr. Holston was pepper sprayed with over 564 grams of pepper spray while fully restrained (Ex. A at #15) (Ex. A at #2), inter alia

54. "It is this Court's duty, when jurisdiction is properly invoked to protect prisoners' rights". *Hamm v. DeKalb*, 774 F. 2d 1567 (11th Cir. 1985); *Newman v. Alabama*, 559 F. 2d 283 (5th Cir. 1977). In light of the exhibits attached hereto, Mr. Holston has a clear right to (1) protection under federal law, (2) adequate medical care, (3) reasonably safe living conditions, and (4) federal authorities to investigate to ensure state compliance with federal law.[30]

55. Federal authorities have an indisputable legal duty to investigate and prosecute violations of civil rights laws.[31]

54. Mr. Holston has a substantial likelihood of success on the merits of his retaliation against Holstey and King regarding an attempted retaliatory transfer. *Smith v. FDOC*, 713 F. 3d 1059 (11th 2013) where he remained in confinement for two months pending transfer that was denied, and his 8th amendment excessive force (Ex. A #2), denial of medical care (Ex. A # 11-12, 18-24), inter alia.

56. Since he has been repeatedly retaliated against, irreparable harm is presumed. The public has an interest in seeing that the laws are obeyed and enforced. *Miller Architecture, Inc. v. Edginton, Entvs*, 2005 U.S. D. 57. Lexis 554635 (M.D. Fla. 2006)

57. Mr. Holston is terrified of taking his blood pressure medication. He cannot see a neurologist for his nerves or a cardiologist for his heart (Ex. N, R). He has very bad swelling in his hands due to arthritis which medical refuses to treat and falsifies refusals to treat him (Ex. M). Medical has tried to kill him with insulin (Ex. E). Despite approving his request, they refuse    13

to allow him to see his medical records (Ex. F). They have combined with gang members to kill him (Ex. G, J, P) [32] and refuse to protect him or investigate his complaints (Ex. G, J, P). The State Department of health has refused to investigate his torture (Ex. R). See, generally, Hollv. Key, 476 S. 2d 787 (Fla. 1059(1985))

WHEREFORE, premises considered, Mr. Holston prays that:

(1) That this Court issue a mandamus and or emergency temporary mandatory and permanent injunction directing the U.S. Attorney and FBI to place Mr. Holston in federal protective custody out of state permanently; requiring them to give Mr. Holston a complete physical exam, head and chest X-ray; require the appointment and examination by a neurologist and cardiologist on an emergency basis; require them to give Mr. Holston urgent blood pressure medication and medical care on a permanent basis.

(2) Require a criminal investigation of Dr. Micah (Ex. I), Dr. Mora (Ex. A at #48), Dr. Bhadja (Ex. A at #18-24, 28-29); Inspector Baty, [33] Warden Severson, Mark Harris, and the extraction team conspirators regarding the December 21, 2019 use of force, cm placement, and the October 5, 2022 incident at Hardee C.I. [34]

(3) Require them to investigate Nurse Suhr [35] and grievance coordinator Ms. E. Anderson regarding the attempted murder and inmate Felix and such other and further relief to which he may be entitled

I DECLARE UNDER PENALTY OF PERJURY that I have read this petition and the facts alleged are true

Respectfully submitted,

Regional Holston #L271714
Hardee C.I.
6901 St. Rd. 62
Bowling Greey 7133834                    14

2 Protective management Transfers are governed by Fla. Admin. Code R. 33-602.220; Art. V, sec. 21 Fla. Const.

3 This violates 18 U.S.C. 1512

4 Mr. Holston could tell that something was amiss, albeit he did not know that he was a deadman walking.

5 The way he was poised and stepped reflected a form of terror within him that was obvious such that it made Mr. Holston wonder what he was up to.

6 In Mr. Holston's 23 years of incarceration, Mr. Holston has never seen an ICT composition of that order. "ICT" is the big day with the rank and file present. In retrospect, they did not want to look the walking dead in his eyes. These low level employees were the only ones present.

7 In all of Mr. Holston's prison, he has never been transferred to a prison and did not meet his classification officer on the first or second day to see what his job would be. These people were littally hiding from Mr. Holston. This is why Mr. Holston believes he was supposed to be transferred and killed at his next prison but when the transfer was check mated, they decided to do it themselves.

8 (Ex. K, Q). If Mr. Holston filed grievances trying to avoid these initial special review transfer (Ex. D) and when he was released from confinement he checked in 2 days later with such high blood pressure 230/120, why would they then seek to deny him a protective management transfer so vigorously? Since they wouldn't approve the transfer, they decided to get rid of Mr. Holston "chain gang style". What is clear is that they took recorded actions to retaliate in violation of 18 U.S.C. 1512. Smith v. FDOC, 713 F.3d 1059 (11th Cir. 2013). This is evidenced by institutional special review records. One things for certain, they tried to transfer Mr. Holston because he had "issues with a lot of [officers]".

9 Mr. Holston believes this bothered her so badly until it made her quit. She resigned. If the court reads her notes on the grievances    15

(Ex. Q-1), she was secretly logging the grievances. She told Mr. Holsten to not put her name in anything. Because Mr. Holsten was pending transfer, this supports his belief that he was a pass through walking dead; he was to meet death at the transferee prison.

10    Mr. Holsten filed multiple grievances challenging the retaliatory transfer and confinement, so an adequate state record is developed.

11    All of Mr. Holsten's life when any doctor ever did that, they always told Mr. Holsten to take a deep breath at each of the four points. When she failed to tell Mr. Holsten to breath in and out, Mr. Holsten knew she was nervous and fumbled thereby.

12    Mr. Holsten has been in the Cardio Clinic since 2008. The chronic illness clinic is done every 6 months. Labs are mandatory, especially for Mr. Holsten, since he takes so many medications. Mr. Holsten would observe in passing that his blood pressure has never been brought under control. Mr. Holsten believes the baskin surgery is the reason for the high readings.

13    Mr. Holsten would remind this court that anything unbelievable goes on in prison, not because of the prisoners, however. This court must always be prepared to accept the unbelievable when it comes to prison. The majority of people who come to work at prisons are perverts, both men and women. They come to work at prisons to let their perversions run wild. They want to see violent and perverted things- they encourage them under the pretext: It's supposed to go on in prison. Many think like this: If I were in prison, I'd be doing everything in the book, so they allow inmates to pretty much do so. This is quintessential corruption.

14    Based on what Felix had been saying and what nurse Suhr had just conveyed, that was enough to give Mr. Holsten a stroke. When that type of conspiracy is afoot, death is not merely probable but virtually apodictic. All that Mr. Holsten could do was just listen and "pay attention." Mr. Holsten kept saying to himself, "they really are trying to murder me!" "Ms. Anderson was right, that's what she was telling me."

15    It was apparent that a special private ambulance was called. Mr. Holsten believed that they were just going to physically overcome him

16

and inject him with the insulin. Mr. Holston has never felt death until that night. That ride nearly gave him a heart attack and stroke. Terrified does not describe how I felt with shackles and handcuffs on fighting these people. The best Mr. Holston could do is to pretend he didn't know what they were doing.

16    It is mysterious that Captain Botts deliberately obstructed himself the whole time. It's highly unusual for an Lt. to go over the Captain's head and call the Colonel for such a routine matter when the captain was clearly available. What became apparent is that the Colonel was waiting for a special call to be informed that the job had been done.

17    Mr. Holston has computer software training. Nurse Suhr was working and entering data in a software application she using microsoft access as its platform. They had Mr. Holston's file linked to his attackers' files. It reminded Mr. Holston of the movie Hunger games. They plotted Mr. Holston's death using computer software just like a game. Mr. Holston would request that nurse Suhr's password be subpoenaed.

18    Mr. Holston could not help but think of the Larkin Hospital incident.

19    That was Mr. Holston's response.

20    While Mr. Holston revealed Nurse Suhr's identity to the Governor and Attorney General, Mr. Holston has not revealed their names to prison officials. The AG's office and the Governor's office referred Mr. Holston to prison officials. This is why they refuse to even transfer Mr. Holston.

21    Mr. Holston put his back against the wall because he thought an inmate was going to run in and stab him up. Based on Mr. Holston's history of being stab (Ex. B) and his complaint (EX. G, J) Mr. Holston is entitled to a mandatory transfer, at least.

22    She wanted to know the officer's name. Mr. Holston refused to divulge it. As stated before, this is the real reason for their not even transfering him.

23    under the rule he cited Mr. Holston for, one must be committing a "sex act" not "attempting" to commit one. Holding a rag doesn't

17

qualify under any definition. Such a DR on the facts alleged is libelous (EX.H); Fla. Admin. Code R. 33-601.314(1-6); Art. V, sec. 21, Fla. Const. This is redolent of their perversion.

24    It became ever so clear that the ICT wanted Mr. Holsten dead. There is no room for doubt. Death for Mr. Holsten is certain. It's just a matter of time. Mr. Holsten feels like he's in Russia or China. Mr. Holsten is just waiting now. If Mr. Holsten must die, he will die like his brother (Ex. V). They'll have to kill him in cell E366. Mr. Holsten refuses to leave the cell. When Mr. Holsten dies, they will not call the ambulance (Ex. V).

25    This reflects just how bold they are

26    See, e.g. Ex. U at 4-5.

27    This Court should never believe inmates are mysteriously found dead in a prison. Prisoners don't have expansive privacy rights. Prison officials admire inmates and imitate what prisoners do. They too want to get away with murder, which is why they hate "snitches", so to speak.

28    If this Court examines the Larkin discharge papers, Mr. Holsten was never discharged on December 7, 2019. He was discharged on December 6, 2019. Based on the procedure she performed, it would have been unreasonable to discharge Mr. Holsten the next day. Prison log would surely contradict this lie. A physical examination reflects that Mr. Holsten has what nurse otwell called a mesh protruding through his rib cage, which causes discomfort. This is not reflected in Dr. micah's paper work. See (Ex. T). Mr. believe she inserted an electrical device in his organ or heart to send electrical shocks to different part of his body. Mr. Holsten feels what appears to be electrical shocks to his muscles and other parts of his body which gives him constant headaches.

29    These falsified reports violation 18 U.S.C. 1519 under U.S. v. McQueen, 727 F.3d 144 (11th Cir. 2013).

18

30  Id.

31  Id.

32  This was relayed to Mr. Heisten by Nurse Suhr and Felix. So Mr. Heisten is justifiably in fear, especially after what the grievance coordinator said. This is in addition to what ARNP Gaige divulged. Mr. Heisten takes Norvasc, HCTZ, Lenartin, Aspirin, Allopurinal. He saves them and takes none. He believes he is going to die by violence or medicinal regimen.

33.  Under Fla. Admin. Code R. 33-602.210 (4)(c) and (Ex. W) Mr. Heisten's use of force should have been preserved along with fixed wing video. Based on the incident reports (Ex. A at #5-#9) the escort chair should have been used. Fla. Admin. Code R. 33-602.212. Compare with Fla. Admin. Code R. 33-602.210(4)(b) 3, Art. V, Sec. 21, Fla. Const. Where are the videos that they created. They made these videos.

34  This is a very important point this court should not overlook: under the facts of Mr. Heisten's grievances, a transfer, referred to as "RPT" transfer is mandatory under Fla. Admin. Code R. 33-602.220. Inmates are not allowed to fight and defend themselves against violence. Fla. Admin. Code R. 33-601.314 (2-14). Inmates are not allowed to possess weapons. Fla. Admin. Code R. 33-601.314(3-1). To resolve fears and threats, transfer are employed. In this case, during their protective management investigation, Sgt. Razzo told Felix what Mr. Heisten said. This effectively told him that Mr. Heisten said he snitched on the police and his brothers. This alone is sure to get Mr. Heisten killed, since the police or officers put the hit out. Why would they even consider placing Mr. Heisten back on their compound? If these people really were trying to protect Mr. Heisten, why did they not call Chief Asti? Mr. Heisten provided them the phone number (Ex. G). Aside from that, they couldn't transfer Mr. Heisten based on the settlement litigation in this case, now they have a firm basis. Why don't they want Mr. Heisten transferred all of a sudden when the clearest basis exist? Their trying to murder Mr. Heisten like they did his brother (Ex. V). Mr. Heisten requests that his brother's death be investigated too. Officials questioned me about letters he wrote me and Mr. Heisten confirmed they were related back in January 2020.

19

35

Mr. Holsten is not safe in state custody. No matter which prison he transfers to, he will "check in", i.e., seek protection and go to confinement because they are going to orchestrate his transfer to a prison where he can be killed either by medicine through medical or gang violence. While on cm at Charlotte, the officers allow confined prisoners to "slip the cuffs". This occurs where the officer pretends that he cuffed the inmate up but he deliberately leaves the cuffs loose so that the inmate can slip out of the cuffs and engage in violence against another undesirable inmate. Inmates never slip out of cuffs, if they are properly secured. Prison officials love violence. They literally want to see Mr. Holsten die, they want to watch it: high level officials. If this court gives Mr. Holsten's grievances a fair reading, it is obvious that these people are up to no good. (EXG). Anytime a person puts a hit out on someone and wants two people, in this case two separate gangs- bloods and latin kings- to do it, they are desperate to have you murdered. Mr. Holsten told the ICT and wardens through verbals and grievances that the "Chief" Asst Attorney General has the staff info who told Mr. Holsten about the plot and they don't even call him when Mr. Holsten plainly provided his phone number. Mr. Holsten has proven his case. They can't possibly be trying to protect Mr. Holsten because most people would break their necks to make the call. This is that rare bird where inaction is most defining. Aside from that, Mr. Holsten complained that these people tried to give him insulin. Mr. Holsten told Dr. Noel and even he said that Mr. Holsten's issue was his heart, no one had any business trying to give you insulin. Why would they treat such important issues as unimportant; Mr. Holsten doesn't have any rights they are bound to respect. If this court orders the F.B.I. to investigate, this court can micromanage the investigation. Mr. Holsten has reviewed the evidence code and can make a solid case with the assistance of the F.B.I. and/or U.S. Attorney General. Mr. Holsten knows where the evidence is and where to look and it's real simple. These people don't know law, so they have fumbled. Any fair-minded person with common sense would say "if the Attorney General has been

20

information about one of an employer or supervisor's staff about an attempted murder by staff against a child, most people would just call the Attorney General just to be safe and get the name if they work with them. Prisoners are like children, they have very limited abilities to protect themselves. But Mr. Holston would remind this court that the very same "ICT" members conspired to transfer him for retaliatory reasons. So, its no wonder they dont want to protect him by giving him a simple "RPT" transfer. As Harriet Tubman used to say, "a dead man tell no tales". In fine, Mr. Holston needs urgent medical care. He has developed a condition in which he abruptly takes deep breaths or they can be described as "gasps" as though he's suffocating. This, he believes, comes from the illegal larkin surgery. He is terrified of seeking any medical help or mental health treatment as they have literally falsified his mental health and medical records. Mr. Holston needs help. He is in imminent danger of stroke, heart attack, and death. He is refusing all medical help and to leave his cell, after what nurse Juhr told him and Ms. Anderson. Pleas help me judge Scriven. I have a little over 7 years left in prison. I've had 3 family members die in prison. I want to break the family tradition. I have a granddaughter who I have not even seen and want to see. Please save my life. Dont let them kill me. Mr. Holston would remind This court that he is a devout jailhouse lawyer who is, in the words of Chief Asst, "telling [the court] things he is not supposed to" about cell phones, etc. Mr. Holston has important litigation pending in state and federal courts that prison officials really wish to be kept secret. Mr. Holston is merely requesting permanent federal protection while he airs his grievances in the courts and to direct and micromanage an extensive criminal investigation. Mr. Holston is this courts expert informant. Mr. Holston and this court is on to something big. It has been on NPR how prison officials conspire to murder inmates. In this case, they've been caught red-handed. Mr. Holston does not have the resources to fight with. The grievances and civil complaint attached hereto are prima Indicia of violations of the federal laws. For example, this court is well aware of

21

Mr. Holsten's chronic hypertension. But *see* (EX. A at #18-#24). Mr. Holsten's medical records were clearly falsified. The chief doctor deliberately allowed Mr. Holsten's infection to fester and falsified Mr. Holsten's medical diagnosis. Compare (EX. A at #28) with (EX. A at #29). This is the third time gang members have been sicced on Mr. Holsten. Dr. Mera claims to have tried to address Mr. Holsten's complaint but Mr. Holsten mysteriously failed to appear after he contacted prison security. Mr. Holsten was burned, sodomized, beaten, and pepper sprayed with over 569 grams of pepper spray. (EX. A at #15). At the end of the day, what did Mr. Holsten do? Exercise his First Amendment rights, that's all, despite anything else that can be said about Mr. Holsten. Mr. Holsten has preserved as much evidence as he can. Felix, Suhr, and Andino's admissions or admissible as coconspirator's admission, etc. Mr. Holsten, with F.B.I. assistance can obtain admissible evidence and Mr. Holsten can cite and find the relevant statutes each item of evidence is admissible under to establish the elements of violations of federal law, i.e. 18 U.S.C. 1512, 18 U.S.C. 1519 (EX. A at #5-#9). Officials have stolen all his law books and failed, deliberately, to preserve crucial surveillence video (EX. W). Mr. Holsten contends it is the inspectors who are the real culprits. How can these people burn and torture Mr. Holsten (EX. A at #2) and not go to jail or receive criminal sanction? At the end of the day, what does the actual physical evidence demonstrate (EX. A at #2-#3, #11-#12-#14)